IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| DAVID H. ROBERTSON, ) | |
| ) | |
| Plaintiff, ) | Case No.: 4:13-cv-00065 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | By: Hon. Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendant. ) | |

Before me is the Report and Recommendation ("R & R") of Hon. Joel C. Hoppe recommending that I dismiss this case because the Plaintiff has failed to prosecute his action. The R & R was filed on August 21, 2014, from which date the parties had fourteen (14) days to file objections. No objections were filed. I have reviewed the record for clear error and have found none. Accordingly, the R & R shall be, and hereby is, **ADOPTED** in its entirety. It is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to dismiss this case from the active docket of this Court.

The Clerk is directed to send certified copies of this Order to Judge Hoppe, Plaintiff and all counsel of record.

Entered this 12th day of September, 2014.

                                                          s/Jackson L. Kiser
                                                          SENIOR UNITED STATES DISTRICT JUDGE